# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| KEVIN D. GRAY, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:14-cv-00069-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| PATSY L. CHAVIS, Administrator, | ) | |
| Tabor Correctional Institution | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 23, 2014 Order.

May 23, 2014

*Frank G. Johns* (signature)
Frank G. Johns, Clerk
United States District Court